IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEPHANIE ZIMMERMAN,

    Plaintiff,

vs.                                    Case No.  1:08-CV-63-SPM/AK

LIFE INSURANCE COMPANY
OF NORTH AMERICA
a foreign corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the parties' "Joint Stipulation for Dismissal with Prejudice" (doc. 5) and Federal Rule of Civil Procedure 41(a)(1), this matter is **dismissed with prejudice**.  However, pursuant to Northern District of Florida Local Rule 16.2, this Court shall retain jurisdiction for a period of sixty (60) days, during which time either party may move to reopen this matter for good cause shown.  Each party shall bear it's own costs and attorney fees.

DONE and ORDERED this <u>second</u> day of September, 2008.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge